UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONNY STEWARD,

    Plaintiff,

v.

G. THUMSER, et al.,

    Defendants.

No. 2:16-cv-2701 AC P

ORDER

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983 and has requested information regarding the court's available motion hearing dates. ECF Nos. 20, 21. Because plaintiff is a prisoner proceeding pro se, this action is subject to Local Rule 230(l), which reads:

> **Motions in Prisoner Actions.** All motions, except motions to dismiss for lack of prosecution, filed in actions wherein one party is incarcerated and proceeding in propria persona, shall be submitted upon the record without oral argument unless otherwise ordered by the Court. Such motions need not be noticed on the motion calendar. Opposition, if any, to the granting of the motion shall be served and filed by the responding party not more than twenty-one (21) days after the date of service of the motion. A responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect, specifically designating the motion in question. Failure of the responding party to file an opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions. The moving party may, not more than seven (7) days after the opposition has been filed in

1

CM/ECF, serve and file a reply to the opposition. All such motions will be deemed submitted when the time to reply has expired.

In other words, there will not be any hearings on motions filed in this case unless the court determines that a hearing is needed. If the court determines that a hearing is necessary, one will be scheduled and arrangements will be made for plaintiff to appear at the hearing in person or via telephone or video.

Accordingly, IT IS HEREBY ORDERED that plaintiff's requests for available motion hearing dates (ECF Nos. 20, 21) are denied.

DATED: May 30, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE